IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

IN RE: LINDA MARIE McNERLIN                   CASE NO. 6:24-bk-71431
DEBTOR                                                             CHAPTER 13

## MOTION TO SET ASIDE DISMISSAL AND REINSTATE CASE WITH NOTICE OF OPPORTUNITY TO RESPOND

Comes now the Debtor, by and through her attorney below, and for her Motion to Set Aside Dismissal and Reinstate Case states as follows:

1. The instant case was filed on August 30, 2024.
2. The instant case was dismissed on September 30, 2025 for failure to provide documentation.
3. The Debtor had provided the requested documentation to her attorney prior to the dismissal of the case, but the attorney had mis-calendared the deadline and so the case was inadvertently dismissed.
4. The documentation will be provided to the trustee within 5 days of reinstatement.

WHEREFORE, the Debtor prays that the Court set aside the dismissal of her case and reinstate it, and for all other just and proper relief.

Respectfully submitted,

/s/ William F. Godbold IV
William F. Godbold IV

Natural State Law, PLLC
8201 Ranch Blvd., Ste. B-1
Little Rock, AR 72223
P: 501-916-2878
F: 855-415-8951
William.Godbold@NatStateLaw.com

## NOTICE OF OPPORTUNITY TO RESPOND

  Notice is hereby given that the above Debtor has filed on October 9, 2025, the above Motion to Set Aside Dismissal and Reinstate Case.
  Responses to the above Objection must be filed within twenty-one (21) days of the date of this notice. If responses are received in the time allowed, a hearing will be set by subsequent notice. If no responses are received in the time allowed, the Court may sustain the Objection without further notice or hearing.
  Responses may be filed with the Clerk, United States Bankruptcy Court, 300 W. 2nd Street, Little Rock, AR, 72201. A copy of any response must also be served on the attorney for the debtor whose address appears below and on Jack W. Gooding, Chapter 13 Trustee, at PO Box 8202, Little Rock, AR 72221.

**THIS NOTICE IS DATED: October 9, 2025**

                Respectfully submitted,

                /s/ William F. Godbold IV
                William F. Godbold IV

                Natural State Law, PLLC
                8201 Ranch Blvd., Ste. B-1
                Little Rock, AR 72223
                P: 501-916-2878
                F: 855-415-8951
                William.Godbold@NatStateLaw.com